

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-16-00840-CR

**IN RE** Matthew T. **JOINER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  January 11, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Matthew T. Joiner filed a petition for writ of mandamus on December 29, 2016. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2014CR10594, styled *State of Texas v. Matthew T. Joiner*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.